5½ 550

FILED

1    **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983**

2    Name _ROSENBALM   VINCENT   L_     JUN 27 2008

3        (Last)          (First)       (Initial)   RICHARD W. WIEKING
                                           CLERK, U.S. DISTRICT COURT
                                       NORTHERN DISTRICT OF CALIFORNIA

4    Prisoner Number _2069375_

5    Institutional Address _2100 NAPA VALLEJO HIGHWAY NAPA_
6                                                      94558

7              **UNITED STATES DISTRICT COURT**
             **NORTHERN DISTRICT OF CALIFORNIA**    E-filing

8    _VINCENT ROSENBALM_
9    (Enter the full name of plaintiff in this action.)     CV    08     3125

10            vs.             Case No. _____   SI

11    _GLENN STARK_               (To be provided by the Clerk of Court)

12    _____     **COMPLAINT UNDER THE**
                                    **CIVIL RIGHTS ACT,**

13    _____     **Title 42 U.S.C § 1983**    (PR)

14    _____     _U.S.C 28 1915(g)_
15    (Enter the full name of the defendant(s) in this action)

16    *[All questions on this complaint form must be answered in order for your action to proceed..]*

17    I.      Exhaustion of Administrative Remedies.

18          **[Note:** You must exhaust your administrative remedies before your claim can go

19          forward. The court will dismiss any unexhausted claims.]

20        A.     Place of present confinement _NAPA_

21        B.     Is there a grievance procedure in this institution?

22             YES (✓)     NO ( )

23        C.     Did you present the facts in your complaint for review through the grievance

24             procedure?

25             YES ( )     NO (✓)

26        D.     If your answer is YES, list the appeal number and the date and result of the

27             appeal at each level of review. If you did not pursue a certain level of appeal,

28             explain why. _CUSTODY WAS UKIAH POLICE STATION_
                                    _NOT NAPA STATE HOSPITAL_

COMPLAINT             - 1 -

1. Informal appeal ___ *MENDOCINO GRAND JURY*
_Approximately October 2006_
_No reply_    _to 2007_

2. First formal level ___ *MENDOCINO superior court*
_Approximately October - Nov - Dec 2006_
_refused to listen_

3. Second formal level ___ *COURT OF APPEAL*
_FirST DiSTriCT_
_Approximately JAN 7, 2007 - Appealed_

4. Third formal level ___ *SUPREME COURT OF CALiFORNIA*
_Appeal PENDiNG FROM 5/29/08_

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓)    NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _THiS MATTer iS NoT ABouT_
_INSTiTuTioNAL GRiEVANCES, BUT UKiAH_
_POLiCE AND OFFiCER STARK_

II.    Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

_VINCENT ROSENBALM_
_2100 NAPA VALLEJO HiGHWAY_
_NAPA, CALiFORNiA 94558_

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

_GLENN STARK - POLiCEOFFiCER - UKiAH POLiCE_

1 _____

2 _____

3 _____

4 _____

5 III.    Statement of Claim.

6      State here as briefly as possible the facts of your case. Be sure to describe how each

7 defendant is involved and to include dates, when possible. Do not give any legal arguments or

8 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

9 separate numbered paragraph.

10 1) ON OR ABOUT 9/22/06 I WAS PULLED over iN

11 MY CAR BY OFFICER GLENN STARK iN UKiAH

12 I WAS NOt CitED FOR A TRAFFIC ViOLAtiON

13 BUt ARREStED AND CAR TOWED , I WAS taKEN

14 to UKiAH POLiCE StAtiON AND BOOKED FOR

15 BURGLARY AND RELEASED OR to Appear iN

16 COURt At A LAter DAte! OFFiCEr StARK

17 StOLE ABOUt $5600 CASH /CHECK AND CELL PHONE

18 I WENt HOME AND FOUND MY DOOR KiCKED iN

19 AND Search WARRANt BY GLENN STARK

20 AND PErSONAL PROPErty StOLEN, WHEN I

21 WAter Attempted to GEt BACK PROPErty UKiAH

22 POLiCE THREAtENED to KiLL MY FAMiLY memGers. !

23 IV.    Relief.          U.S.C. 28  1915 (g)

24      Your complaint cannot go forward unless you request specific relief. State briefly exactly

25 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26 REStRAiNiNG ORDer AGAiNSt UKiAH POLiCE

27 ViCtiM /WitNESS RELOCAtiON / REtribUtiON

28 REtURN OF PROPErty

COMPLAINT                          - 3 -

1  HELP WITH CREDIT DESTROYED AND HELP
2  WITH RE-TRAINING (EDUCATION) I ASK
3  FOR A SUMMARY JUDGEMENT OF $5 MILLION
4  DOLLARS FOR DAMAGES.

5  I declare under penalty of perjury that the foregoing is true and correct.

6

7  Signed this  3/  day of  MAY  , 20 08

8

9  Vincent Rosenbalm

10  (Plaintiff's signature)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                                    - 4 -