**FILED**

JUN 2 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing          E-filing

SI

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  | ) |  |
|---|---|---|
|  | ) | **CV 08       3125** |
| Plaintiff, | ) | CASE NO. _____ |
|  | ) |  |
| vs. | ) | **PRISONER'S** |
|  | ) | **APPLICATION TO PROCEED** |
|  | ) | **IN FORMA PAUPERIS** |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

I, _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes _____ No _____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1 If the answer is "no," state the date of last employment and the amount of the gross and net

2 salary and wages per month which you received.  (If you are imprisoned, specify the last

3 place of employment prior to imprisonment.)

4 _____

5 _____

6 _____

7 2.       Have you received, within the past twelve (12) months, any money from any of the

8 following sources:

9           a.       Business, Profession or                    Yes ____ No ____

10                   self employment

11          b.       Income from stocks, bonds,                  Yes ____ No ____

12                   or royalties?

13          c.       Rent payments?                              Yes ____ No ____

14          d.       Pensions, annuities, or                     Yes ____ No ____

15                   life insurance payments?

16          e.       Federal or State welfare payments,          Yes ____ No ____

17                   Social Security or other govern-

18                   ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount

20 received from each.

21 _____

22 _____

23 3.       Are you married?                                     Yes ____ No ____

24 Spouse's Full Name: _____

25 Spouse's Place of Employment: _____

26 Spouse's Monthly Salary, Wages or Income:

27 Gross $_____ Net $_____

28 4.       a.       List amount you contribute to your spouse's support:$ _____

1     b.     List the persons other than your spouse who are dependent upon you for

2             support and indicate how much you contribute toward their support. (NOTE:

3             For minor children, list only their initials and ages. DO NOT INCLUDE

4             THEIR NAMES.).

5     _____

6     _____

7     5.     Do you own or are you buying a home?     Yes ____ No ____

8     Estimated Market Value: $_____ Amount of Mortgage: $_____

9     6.     Do you own an automobile?     Yes ____ No ____

10    Make _____ Year _____ Model _____

11    Is it financed? Yes _____ No _____ If so, Total due: $ _____

12    Monthly Payment: $ _____

13    7.     Do you have a bank account? Yes ____ No ____ (Do not include account numbers.)

14    Name(s) and address(es) of bank: _____

15    _____

16    Present balance(s): $ _____

17    Do you own any cash? Yes ____ No ____ Amount: $ _____

18    Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19    market value.) Yes ____ No ____

20    _____

21    8.     What are your monthly expenses?

22    Rent: $ _____ Utilities: _____

23    Food: $ _____ Clothing: _____

24    Charge Accounts:

25    <u>Name of Account</u>     <u>Monthly Payment</u>     <u>Total Owed on This Acct.</u>

26    _____    $ _____    $ _____

27    _____    $ _____    $ _____

28    _____    $ _____    $ _____

1    9.     Do you have any other debts? (List current obligations, indicating amounts and to

2    whom they are payable. Do <u>not</u> include account numbers.)

3    _____

4    _____

5    10.    Does the complaint which you are seeking to file raise claims that have been presented

6    in other lawsuits?  Yes _____ No _____

7    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8    which they were filed.

9    _____

10    _____

11         I consent to prison officials withdrawing from my trust account and paying to the court

12    the initial partial filing fee and all installment payments required by the court.

13         I declare under the penalty of perjury that the foregoing is true and correct and

14    understand that a false statement herein may result in the dismissal of my claims.

15

16    _____      _____

17       DATE                     SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

1

2    Case Number: _____

3

4

5

6

7

8    CERTIFICATE OF FUNDS

9    IN

10   PRISONER'S ACCOUNT

11

12       I certify that attached hereto is a true and correct copy of the prisoner's trust account

13   statement showing transactions of _____ for the last six months

14   _____ where (s)he is confined.
              [name of institution]
15       I further certify that the average deposits each month to this prisoner's account for the

16   most recent 6-month period were $ _____ and the average balance in the prisoner's

17   account each month for the most recent 6-month period was $_____.

18

19   Dated:_____        _____

20                                       [Authorized officer of the institution]

21

22

23

24

25

26

27

28

No STAMPS - CUT OFF

RECEIVED
JUN 24 2008

Legal Mail

Court Clerk
U.S. District Court
450 Golden Gate Ave
SAN FRANCISCO, CA 94102

Napa Vallejo Highway

Napa, CA 94558