**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re.<br><br>VINCENT ROSENBALM,<br><br>　　　　Plaintiff.<br>_____ / | No. C 08-2333 SI (pr)<br>No. C 08-3125 SI (pr)<br>No. C 08-3126 SI (pr)<br>No. C 08-3127 SI (pr)<br>No. C 08-3128 SI (pr)<br>No. C 08-3211 SI (pr)<br>No. C 08-3213 SI (pr)<br>No. C 08-3214 SI (pr)<br><br>**ORDER OF DISMISSAL** |

On July 15, 2008, the court denied pauper status for plaintiff and ordered him to pay the full $350.00 filing fee for each of these actions by August 15, 2008 or each action would be dismissed. That deadline has passed but plaintiff never paid the filing fee for any of the actions. Accordingly, each referenced action is dismissed because plaintiff failed to comply with the order to pay the filing fee. After the court denied pauper status for plaintiff, he submitted trust account statements and certificates of funds in support of his in forma pauperis applications in seven of the referenced cases (i.e., all except Case No. C 08-2333). The renewed in forma pauperis applications in those seven cases are DISMISSED because the court already had denied pauper status in those actions. (Docket # 6 in Case Nos. 08-3125, 08-3126, 08-3127, 08-3128, 08-3211, 08-3213, and 08-3214 .)

The clerk shall close the file for each of the referenced cases.

IT IS SO ORDERED.

Dated: August 27, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge